IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-CR-30100-SMY |
| | ) |
| | ) |
| PHILIP REIS | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

This matter is before the Court on Defendant Philip Reis' Motion to Modify Conditions of Release (Doc. 34). For good cause shown, and without objection from the Government, the Court **GRANTS** the motion. The conditions of Defendant's pretrial release are modified as follows:

> Curfew. You are restricted to your residence every day from 6:00 p.m. to 8:00 a.m., or as directed by the supervising officer.

All other previously imposed conditions remain in effect.

**IT IS SO ORDERED.**

**DATED:** January 22, 2021

*[signature]*

**STACI M. YANDLE**
**United States District Judge**